IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00301–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CYRIL WHITNEY PACKER,
    a/k/a Cyril Packer,

    Defendant.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Chief Judge
Jamie L. Hodges, Secretary

    This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **November 26, 2007**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

    **ORDERED** that the deadline for filing all motions is October 26, 2007.  All responses shall be filed by November 2, 2007.  A hearing on the motions will be scheduled at a later date, if necessary.  Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing.  It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 9:30 o'clock a.m. on Thursday, **November 15, 2007**.  The deadline for submitting the plea agreement and statement

of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Tuesday, <u>November 13, 2007</u>.

Dated: September 21, 2007